UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anitra Deshea Jenkins, | Case No. 18-cv-3048 (WMW/ECW) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden Nanette Barnes, | |
| Respondent. | |

This matter is before the Court on the January 8, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright. (Dkt. 5.) Objections have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 8, 2019 R&R, (Dkt. 5), is **ADOPTED**;

2. Petitioner Anitra Deshea Jenkins's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**, and this matter is **DISMISSED** for lack of subject-matter jurisdiction; and

3. Petitioner Anitra Deshea Jenkins's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 28, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge